# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JARRETT CAMARDA, Individually
and on behalf of all others similarly
situated,

Plaintiff,

vs.

ALWAYSONVACATION, INC.,

Defendant.

) Case No.  4:13-cv-04265-CW
)
)
) **ORDER**
)
)
)
)
)
)
)

IT IS HEREBY ORDERED that pursuant to the Joint Stipulation of the parties the individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Dated this ___4th___ day of March, 2014.



The Honorable Claudia Wilken